MESSERSMITH vs. DEVENDORF, impleaded, etc.

*Lord v. Devendorf, ante,* followed.

APPEAL from the Circuit Court for *Grant* County.

This case was argued with the foregoing, and by the same counsel, being similar in its history in the court below, and having come here on appeal from a similar order.

CASSODAY, J.   The facts in this case are the same as in that of *Lord v. Devendorf, supra,* except that the note, which is the basis of the suit and the attachment, was executed December 11, 1874, and the attachment was levied while the assignment was being drawn.   But these differences do not, in our view of the law, change the result.   For the reasons given, therefore, in *Lord v. Devendorf,* the order of the circuit court in this case must be affirmed.

*By the Court.*— Order affirmed.